## MOITY v. LOUISIANA.

No. 337. Decided December 7, 1964.

*Bentley G. Byrnes* for appellant.

*Jack P. F. Gremillion,* Attorney General of Louisiana, and *M. E. Culligan,* Assistant Attorney General, for appellee.

PER CURIAM.

The judgment is reversed. *Garrison* v. *Louisiana, ante,* p. 64.

## MUTTER v. WISCONSIN.

No. 495. Decided December 7, 1964.

*Roger C. Minahan* for appellant.

*George Thompson,* Attorney General of Wisconsin, and *Roy G. Tulane* and *Robert D. Martinson,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.